IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD B. WILLIAMS, | ) | Case No. C 14-1319 PSG (PR) |
| Petitioner, | ) ) | **ORDER OF TRANSFER** |
| v. | ) ) | |
| WARDEN E. VALENZUELA, | ) ) | |
| Respondent. | ) ) | |

On March 21, 2014, petitioner, a state prisoner proceeding *pro se*, filed a combined federal petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, and federal civil rights complaint, pursuant to 42 U.S.C. § 1983. Petitioner appears to also be seeking emergency injunctive relief against prison officials at California Men's Colony. Petitioner complains that prison officials are falsely issuing Rules Violation Reports against him, in violation of the Eighth Amendment. Because the acts complained of occurred in San Luis Obispo, and San Luis Obispo lies within the venue of the Central District of California, venue properly lies in that district and not in this one.[1] Accordingly, this case is TRANSFERRED to the Central District of California.[2] The clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

---

[1] *See* 28 U.S.C. § 1391(b).

[2] *See* 28 U.S.C. § 1406(a).

Case No. C 14-1319 PSG (PR)
ORDER OF TRANSFER

1   IT IS SO ORDERED.

2   DATED: May 20, 2014

      _____
      PAUL S. GREWAL
      United States Magistrate Judge

Case No. C 14-1319 PSG (PR)
ORDER OF TRANSFER                2